UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------

VICTORIANO TAVAREZ, individually and    21-cv-9783 (JGK)
on behalf of all others similarly
situated,                               ORDER

                    Plaintiffs,

        - against -

SOURCEBOOKS, INC.,

                    Defendant.
--------

JOHN G. KOELTL, District Judge:

   The parties are directed to file a Rule 26(f) report by _2/16_____, 2022.

SO ORDERED.

Dated:   New York, New York
         February 2, 2022

                                    _____
                                    John G. Koeltl
                                    United States District Judge